(February 9, 2012)

■ In the Matter of GLADYS CUBILETE, Petitioner, v RICARDO ELIAS MORALES et al., Respondents. [937 NYS2d 851]

The hearing officer's findings of willful misrepresentation, nonverifiable income and breach of rules and regulations are supported by substantial evidence. Moreover, given petitioner's misconduct over a four-year period, the penalty of termination does not shock one's sense of fairness, notwithstanding the hardship to petitioner (*see Matter of Bland v New York City Hous. Auth.*, 72 AD3d 528, 528 [2010]; *Matter of Smith v New York City Hous. Auth.*, 40 AD3d 235 [2007], *lv denied* 9 NY3d 816 [2007]).

We have considered petitioner's remaining contentions and

find them unavailing. Concur—Tom, J.P., Mazzarelli, Renwick, Freedman and Manzanet-Daniels, JJ.